UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWRENCE HARDY,

                Plaintiff,

    -against-

KAMAL PATHAK, M.D., ANN DALECKI, and
NORIEL DEGUZMAN,

                Defendants.
-------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE (KAMAL PATHAK, M.D.)**

09 Cv. 0166 (FB)(VVP)

The claims of plaintiff Lawrence Hardy in the above captioned action against defendant Kamal Pathak, M.D. are hereby dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a).

Dated: New York, New York
        July 25, 2011

ERIC T. SCHNEIDERMAN
Attorney General of the
State of New York
<u>Attorney for Defendant</u>
By:

_/s/ Wesley E. Bauman_
WESLEY E. BAUMAN
Assistant Attorney General
   Of Counsel
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6296

1

Dated: New York, New York
July 25, 2011

_____
ANDREW C. LAUFER
Attorney for Plaintiff
Law Office of Andrew C. Laufer, PLLC
255 West 36th Street, Suite 1104
New York, New York 10018
(212) 420-1022

Dated: N-Y, New York
July 26, 2011

_____
LAWRENCE HARDY

## ACKNOWLEDGMENT

On the 26th day of July, 2011, before me came Lawrence Hardy, known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed on the within instrument, and acknowledged to me that he executed the same.

_____
Notary Public

**Andrew Charles Laufer**
**Notary Public, State of New York**
**No. 01LA5067616**
**Qualified in Nassau County**
**Commission Expires Nov. 03, 2013**

IT IS SO ORDERED:

ENTER:  _____
Hon. Frederic Block, U.S.D.J.

2